93–2276. Galayda v. Lake Hosp. Sys., Inc. *Cuyahoga County,* No. 63151. On motion for leave to file brief *amicus curiae* by Ohio Academy of Trial Lawyers. Motion granted.

93–2374. Chan v. Miami Univ. *Franklin County,* Nos. 93AP–213 and 93AP–309. On motions to amend propositions of law and for leave to file brief *amicus curiae* by National Organization for Women. Motions granted.

93–2399. State v. Murr. *Sandusky County,* No. S–91–13. On motion for leave to file delayed appeal. Motion granted.

WRIGHT, RESNICK and F.E. SWEENEY, JJ., dissent.

93–2404. Lattanzi v. Travelers Ins. Co. *Mahoning County,* No. 92 C.A. 56. On motion for leave to file brief *amicus curiae* instanter by Ohio Academy of Trial Lawyers. Motion granted.

93–2495. Baum v. Ohio State Hwy. Patrol. *Franklin County,* No. 93AP–68. On motions to amend record, for leave to file brief *amicus curiae* by Ohio Association of Chiefs of Police, and for leave to file brief *amicus curiae* by Fraternal Order of Police, Inc. Motions granted.

93–2532. State ex rel. Plavcan v. School Emp. Retirement Sys. of Ohio. *Franklin County,* No. 93AP–324. On request for oral argument. Request denied.

MOYER, C.J., dissents.

94–115. Horton v. Harwick Chem. Corp. *Montgomery County,* No. 13872. On motion to consolidate with case No. 94–1041, *Derrick v. John Crane, Inc.,* Montgomery County, No. 14159. Motion granted; *sua sponte,* the motion to certify in 94–1041 is allowed and merit briefing is to proceed.

94–218. State v. King. *Franklin County,* No. 91AP–832. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

94–286. State v. Cox. *Trumbull County,* No. 92–T–4753. On motion for leave to file memorandum in support instanter. Motion denied.

DOUGLAS and PFEIFER, JJ., dissent.

94–361. Great Lakes Metals Corp. v. Cuyahoga Cty. Bd. of Revision. Board of Tax Appeals, No. 91–P–1497. On motion for leave to file record instanter and on request for extension of time. Motion and request granted.

F.E. SWEENEY, J., dissents.

94–470. State v. Harper. *Warren County,* No. CA93–07–055. *Sua sponte,* this cause is held for the decision in 93–1546, *State v. Shindler,* Wood County, No. 92WD075.

94–527. Westside Cellular v. Pub. Util. Comm. Public Utilities Commission, No. 91–1726–RC–AEC. On motion to consolidate with case No. 94–401, *Westside Cellular v. Pub. Util. Comm.,* Public Utilities Commission, No. 89–563–TP–COI. Motion granted. On motion for leave to intervene by Cincinnati SMSA Ltd. Partnership. Motion granted.

94–594. State ex rel. Enyart v. O'Neil. *Franklin County,* No. 93APD101424. On motion for leave to file appellant's brief instanter. Motion granted.

WRIGHT and F.E. SWEENEY, JJ., dissent.

94–708. State ex rel. Fenwick v. Finkbeiner. *Lucas County,* No. L–93–367. On motions for leave to file brief *amicus curiae* by Ohio Municipal League, Ohio Municipal Attorneys Association, Association of Ohio Health Commissioners, and Ohio Association of Boards of Health. Motions granted.

DOUGLAS and RESNICK, JJ., not participating.

94–715. State v. Eidi. *Lucas County,* No. L–92–104. On motion for leave to file memorandum in support instanter. Motion granted.

A.W. SWEENEY, WRIGHT and F.E. SWEENEY, JJ., dissent.